# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JIM L. TOWNSEND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:18-cv-02025-TLP-tmp |
| v. | ) |
| | ) JURY DEMAND |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION

The Magistrate Judge recommends this Court dismiss Plaintiff's Complaint for failure to prosecute. (ECF No. 61.) Before making its recommendation, the Magistrate Court issued a show cause order requiring Plaintiff to address several questions about the lack of service of process. (ECF No. 60.) The Magistrate Court gave Plaintiff several weeks to respond. (ECF No. 60 at PageID 204.) Plaintiff did not respond. (ECF No. 61 at PageID 206.)

This Court may dismiss an action where Plaintiff ignores a court order. *See* Fed. R. Civ. P. 41(b). The Magistrate Court warned Plaintiff that it would recommend dismissing this action if he failed to respond. (*Id.* at PageID 204); *see Wu v. T.W. Wang, Inc*., 420 F.3d 641, 643 (6th Cir. 2005) (citing *Knoll v. Am. Tel. & Tel. Co*., 176 F.3d 359, 363 (6th Cir. 1999)).

A party has fourteen days to object to a Report and Recommendation. *See* Fed. R. Civ. P. 72(b)(2). Plaintiff did not object. *See* Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

This Court thus reviews the Report and Recommendation only for "clear error." Fed. R. Civ. P. 72(b) advisory committee notes. The Court finds no error and ADOPTS the Report and Recommendation (ECF No. 61) in its entirety.

The Court therefore DISMISSES Plaintiff's Complaint WITHOUT PREJUDICE.

**SO ORDERED**, this 14th day of June, 2019.

    s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE